IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROYCE ERIC JACKSON,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>LYDIA HENSE,<br><br>　　　　Respondent.<br>_____/ | 1:07-cv-1066-OWW-DLB (HC)<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO RESPONDENT'S MOTION TO DISMISS PETITION.<br><br>(DOCUMENT #13)<br><br>(30) THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On October 25/2007, petitioner filed a motion to extend time to file Opposition to Respondent's Motion to Dismiss Petition. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file Opposition to Respondent's Motion to Dismiss Petition.

　IT IS SO ORDERED.

**Dated:　November 7, 2007**　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE