UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROYCE ERIC JACKSON,<br><br>    Petitioner,<br><br>  vs.<br><br>LYDIA HENSE,<br><br>    Respondent.<br>_____/ | 1:07-cv-01066-OWW-DLB  (HC)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL AND DISREGARDING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS AS MOOT<br><br>(DOCUMENTS # 18, 19) |

    On January 16, 2008, Petitioner filed a motion for the appointment of counsel.  There currently exists no absolute right to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Rules Governing Section 2254 Cases.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.  Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of counsel is denied.

    On this same date, Petitioner filed a motion for an extension of time to file objections to the pending Findings and Recommendations.  Inasmuch as Petitioner filed his objections to the Findings and Recommendations on January 18, 2008, Petitioner's request for an extension

of time is MOOT, and is DENIED on that basis.

   IT IS SO ORDERED.

**Dated:**    **January 29, 2008**            **/s/ Dennis L. Beck**
                                                 UNITED STATES MAGISTRATE JUDGE