UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TROYCE ERIC JACKSON, | ) | 1:07-cv-01066-OWW-DLB-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATION** (Doc. 17) |
| v. | ) | |
| | ) | **ORDER DENYING PETITION FOR** |
| LYDIA HENSE, | ) | **WRIT OF HABEAS CORPUS** |
| | ) | |
| Respondent. | ) | **ORDER DIRECTING CLERK TO** |
| | ) | **ENTER JUDGMENT** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On December 19, 2007, the Magistrate Judge filed Findings and a Recommendation that the instant Petition for Writ of Habeas Corpus be DENIED, and the Clerk of Court be directed to enter judgment in favor of Respondent. These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. On January 18, 2008, Petitioner filed objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation are supported by the record and proper analysis. In his objections, Petitioner primarily takes issue with the fact that he claims he submitted his first petition in the Fresno County Superior Court on December 17, 2003. despite the proof of service date of July 8, 2004, and filing of July 13, 2004. This factual disparity was resolved by the Magistrate Judge in the Findings and Recommendation. As stated in the Findings and Recommendation, even if the Court assumed the first petition was filed on December 17, 2003, for the reasons explained therein, the instant petition is nonetheless untimely. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed December 19, 2007, are ADOPTED IN FULL;

2. Respondent's motion to dismiss the instant petition as barred by 28 U.S.C. § 2244(d) is GRANTED; and,

3. The instant petition for writ of habeas corpus is DISMISSED, with prejudice.

IT IS SO ORDERED.

**Dated:   February 13, 2008**          **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE