

FILED

MAR 1 9 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

TROYCE ERIC JACKSON,

vs.

LYDIA HENSE,

_____/

**ORDER RE: CERTIFICATE OF
APPEALABILITY**

1:07-CV-1066 OWW/DLB HC

Judgment having been entered in this matter, any request for a Certificate of

Appealability shall be:

_____      Granted for the following reason:

_____

_____

_____

_____

____X____      Denied for the following reason:

TIME - BARRED PETITION NOT DEBATEABLE
AMONG JURISTS OF REASON.

_____

Dated:   3-78-08                          _____
                                          OLIVER W. WANGER
                                          United States District Judge